U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 31 2012

TONY R. M_____ CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-0052** |
| **VERSUS** | * | **JUDGE TOM STAGG** |
| **JOHN DOE, purporting to be Mark David Hook** | * | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to suppress [doc. # 12] filed by defendant John Doe is hereby **GRANTED IN PART**, solely to the extent that the government seeks to introduce in its case-in-chief, defendant's statements obtained between June 16, 2008, and March 18, 2009.

**IT IS FURTHER ORDERED** that the motion to suppress [doc. # 12] otherwise is **DENIED**.

THUS DONE AND SIGNED this 30th day of October 2012, Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE