# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 12-0052

versus

JUDGE TOM STAGG

JOHN DOE
Purporting to be Mark David Hook

## ORDER

Before the court is the Government's motion to dismiss the indictment without prejudice. See Record Document 60. The defendant opposes the motion. See Record Document 61.

"The Executive remains the absolute judge of whether a prosecution should be initiated and the first and presumptively the best judge of whether a pending prosecution should be terminated. The exercise of its discretion with respect to the termination of pending prosecutions should not be judicially disturbed unless clearly contrary to manifest public interest." United States v. Cowan, 524 F.2d 504 (5th Cir. 1975). Dismissal of the indictment is not clearly contrary to manifest public interest in this case. Therefore, the government's motion to dismiss is **GRANTED** and the indictment is dismissed without prejudice.

The defendant's request for release on bond is **DENIED**.

**THUS DATED AND SIGNED** at Shreveport, Louisiana this 30 day of November, 2012.

_____
JUDGE TOM STAGG