RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/15/13
BY Dm

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:12-cr-0052 |
| VS. | |
| | JUDGE TOM STAGG |
| MARK DAVID HOOK | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Mark David Hook's section 2255 complaint be **DISMISSED WITH PREJUDICE** because he is not in custody under "sentence of a court."

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 15th day of August, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE